**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Russell Lewis Walker, Appellant.

Appellate Case No. 2024-000643

———

Appeal From Edgefield County
Debra R. McCaslin, Circuit Court Judge

———

Unpublished Opinion No. 2026-UP-292
Submitted May 1, 2026 – Filed June 10, 2026

———

**APPEAL DISMISSED**

———

Chief Appellate Defender Wanda H. Carter, of Columbia, and Russell Lewis Walker, pro se, both for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General Mark Reynolds Farthing, both of Columbia, for Respondent.

———

**PER CURIAM:**  Dismissed after consideration of Appellant's pro se briefs and review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.

**APPEAL DISMISSED.**[1]

**GEATHERS, HEWITT, and CURTIS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.